# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 8, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

146461 & (3)(4)(5)

In re:

The Honorable WADE H. McCREE,
3rd Circuit Court

SC: 146461

_____/

On order of the Court, the motions for immediate consideration are GRANTED. The petition for interim suspension is considered, and it is GRANTED. The respondent Wayne Circuit Judge Wade H. McCree is suspended without pay, effective immediately, until further order of this Court. The respondent's salary will be held in escrow pending the final resolution of these disciplinary proceedings. The motion to seal the Supreme Court file is also considered, and it is GRANTED, in order to preserve the confidentiality required by MCR 9.219(A)(2) and MCR 9.221(A). With the exception of this order, the Supreme Court file is suppressed and shall remain confidential until further order of this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 8, 2013

_____
Clerk

s0205